IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number: 19-7980 (Judge Kness)

REPUBLIC TECHNOLOGIES (NA), LLC,
and SREAM, INC.,

        Plaintiffs,

v.

RAYYAN INTERNATIONAL, INC. d/b/a
TOBACCO CITY and WAQAR MALIK,

        Defendants.
_____/

**MOTION FOR LEAVE TO CITE
ADDITIONAL AUTHORITY**

        The Plaintiffs, REPUBLIC TECHNOLOGIES (NA), LLC, and SREAM, INC, by and through their undersigned counsel, make this motion for leave to cite additional authority. In support therefore, Plaintiffs' state:

        1.     There is pending before this Court, a fully-briefed Motion to Dismiss filed by Defendants. (See, Dkt. Entries 23, 29, & 31). The basis of the motion is virtually identical to a motion filed by the defendants in another case, pending before the Hon. Sara L. Ellis, captioned *Republic Technologies v. Friends Trading, Inc. et al*, 19 C 7991.

        2.     On October 6, 2020, Judge Ellis denied the motion to dismiss in 19 C 7991 A copy of the Opinion and Order is attached hereto as Exhibit A.

        3.     Plaintiffs move to cite this opinion is additional authority in support of denying Defendants' Motion to Dismiss.

Date: October 18, 2020					Respectfully Submitted

							/s/Christopher V. Langone

Christopher V. Langone
Langone Law
3033 North Clark St.
Chicago, IL 60635
(312) 344-1945
langonelaw@gmail.com